UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| ROXANNE SNOW,<br>       Plaintiff,<br><br>-v-<br><br>RELIANCE STANDARD LIFE INSURANCE COMPANY,<br>       Defendant. | No. 1:11-cv-618<br><br>HONORABLE PAUL L. MALONEY |

## JUDGMENT

Having granted Defendant Reliance Standard Life Insurance Company's motion for entry of judgment against Plaintiff Roxanne Snow, denied Plaintiff's parallel motion, and having resolved all pending claims:

Defendant Reliance Standard Life Insurance Company is hereby **GRANTED** an equitable lien over $19,985.82 in funds paid to Plaintiff Snow as long-term disability benefits under Arvco Container Corporation's Group Long Term Disability Insurance policy.

Pursuant to Fed. R. Civ. P. 58, **JUDGMENT** is entered in favor of Defendant and against Plaintiff.

**THIS ACTION IS TERMINATED.  IT IS SO ORDERED.**


Date:   July 29, 2013                                             /s/ Paul L. Maloney
                                                                                        Paul L. Maloney
                                                                                        Chief United States District Judge