UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| ROXANNE SNOW, ) | |
| Plaintiff, ) | |
| ) | No. 1:11-cv-618 |
| -v- ) | |
| ) | HONORABLE PAUL L. MALONEY |
| RELIANCE STANDARD LIFE INSURANCE ) | |
| COMPANY, ) | |
| Defendant. ) | |
| ) | |

## **JUDGMENT**

Having granted Defendant Reliance Standard Life Insurance Company's motion for entry of judgment against Plaintiff Roxanne Snow, denied Plaintiff's parallel motion, and having resolved all pending claims:

Defendant Reliance Standard Life Insurance Company is hereby **GRANTED** an equitable lien over $19,985.82 in funds paid to Plaintiff Snow as long-term disability benefits under Arvco Container Corporation's Group Long Term Disability Insurance policy.

Pursuant to Fed. R. Civ. P. 58, **JUDGMENT** is entered in favor of Defendant and against Plaintiff.

**THIS ACTION IS TERMINATED. IT IS SO ORDERED.**


Date: July 29, 2013         /s/ Paul L. Maloney
                            Paul L. Maloney
                            Chief United States District Judge